FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 OCT 26 PM 12: 31

LORETTA G. WHYTE
CLERK

In The United States District Court
For The Eastern District of Louisiana
New Orleans

Gerald A. Elwood                    *        Crim. No.  92-469-D
        Petitioner
                                    *

    vs
                                    *

United States of America            *        Motion for Appointment
        Respondent                           of Counsel Pursuant to
                                             Title 18 USC 3006

---

### Writ of Error Coram Nobis
### Title 28 USC 1651 (a)

Now comes Gerald A. Elwood, Petitioner (acting pro'se) in the
above entitled matter and request this Honorable Court to appoint
counsel to protect and respresent his intrest in this action.

Petitioner raise serious and complex issues of substantive facts
and law. Petitioner motion is based on complex legal principles
that are beyond the ability of Petitioner to further develope in
an effective manner without assistance of counsel

Petitioner has prepared this initial pleading the best he could
with little knowledge of law, and no resources outside of this
prison to further develope any other evidence , so that this legal
process can have a meaniful purpose. Petitioners rights to access
the Court and petition the government for redress of the consequences
and infirmities resulting from a prior judgment of the Court, by
writ of Error Coram Nobis, then in the intrest of justice, Petitioner
request for appointment of counsel creates a strong presumption of
responsibility upon the Court to exercise its discretion and
overall duty to protect a indigent prisoner who has raised a strong
claim affecting the legality of his imprisonment.

Petitioner prays this Honorable Court appoints counsel in
the intrest of justice.

____ Fee_____
____ Process_____
_X_ Dktd_____
____ CtRmDep_____
____ Doc. No._____

Dated this ___19___ day of __OCT__ 2009

Respectfully  Submitted

_Gerald Elwood_

Gerald A. Elwood   #22424-034

---

In The United States District Court
For The Eastern District of Louisiana
New Orleans

| | | |
|---|---|---|
| Gerald A. Elwood<br>    Petitioner | * | Crim. No. 92-469-D<br>Hon. A.J. McNamara |
| vs | * | |
| United States of America<br>    Respondent | * | Judicial Notice of<br>Adjudicative Facts |
| | * | |

---

## Introduction

Comes now, Petitioner, a pro'se litigant and moves this United
States District Court to take judicial notice of Adjudicative
facts on recharacterazation that is not subject to reasonable
dispute in that it is capable of accurate and ready determination
that cannot be questioned under the Supreme Court opinion held
in **Castro v United States**, 540 US 375, 157 L.ed.2d 778 (2003).

## Jurisdiction

This Court has proper Jurisdiction under Title 18 USC 3231

## Adjudicative Facts

The Supreme Court in **Castro** held that:

> Federal courts sometime will ignore the legal label
> that a prose litigant attaches to a motion and
> recharacterize the motion in order to place it
> within a different legal category... They may do
> so in order to avoid inappropriate stringent
> application[second or successive] of formal labeling
> requirements... or to create a better correspondence
> between the substance of a pro'se motion claim and

its underlying legal basis... a district court may
not recharacterize a pro'se litigants motion as a
request for relief under 2255-- unless the court
first warns the pro'se litigant about the consequences
of the recharacterazation...thereby giving the litigant
oppurtunity to contest the recharacterazation... the
lack of  warnig prevents making a informed judgment
in respect to the former. Indeed, an unwarned pro'se
litigants failure to appeal a recharacterazation
simply under scores the practical importance of
providing a warning. **Castro at 157 l.ed.2d 788.**


    Therefore this Court should not recharacterize Petitioner writ
of Coram Nobis as a 2255 or as a second or successive 2255 with
out giving Petitioner **Castro.** warning, giving Petitioner an
oppurtunity to contest the recharacterazation.



          **Dated this __*19*__ day of** *Oct* **2009**



          **Respectfully Submitted**

          *Gerald Elwood*

          **Gerald A. Elwood # 22424-034**