UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**   *   **CRIMINAL DOCKET NO. 92-469**

v.   *   SECTION: "D"

**GERALD A. ELWOOD**   *
a/k/a NAP
a/k/a Keith McCoy   *

          * * *

## GOVERNMENT'S MOTION TO DISMISS
## PETITION FOR A WRIT OF ERROR CORAM NOBIS

**NOW INTO COURT** comes the United States of America through the undersigned Assistant United States Attorney who respectfully moves this Honorable Court to dismiss defendant Gerald A. Elwood's petition for a Writ of Coram Nobis as improper in that the

defendant is still in the custody of the Bureau of Prisons and the writ is not available as a remedy to "in custody" defendants as set forth in the Memorandum in Support of this Motion.

        Respectfully submitted,

        JIM LETTEN
        UNITED STATES ATTORNEY

        s/ W. Scott Laragy
        W. Scott Laragy
        Assistant United States Attorney
        Louisiana Bar Roll No. 25755
        500 Poydras Street, Suite B210
        New Orleans, Louisiana 70130
        Telephone: (504) 680-3043
        scott.laragy@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been served upon pro se defendant by fax transmission (1-417-837-1777) this 3rd day of December, 2009.

        s/ W. Scott Laragy
        W. SCOTT LARAGY
        Assistant United States Attorney