UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA          *          CRIMINAL DOCKET

VERSUS                            *          NO: 92-469

GERALD A. ELWOOD                  *          SECTION: "D"

**ORDER AND REASONS**

Before the court is the are the **"Writ of Error Coram Nobis" (Doc. No. 1073)** filed by Petitioner, Gerald A. Elwood, and the Government's **"Motion to Dismiss Petition for a Writ of Error Coram Nobis" (Doc. No. 1086)**. The matters are before the court on briefs, without oral argument.[1]  Now, having considered the parties' briefs, and the applicable law, the court finds that the Government's **"Motion to Dismiss Petition for a Writ of Error Coram Nobis" (Doc. No. 1086)** should be granted.

**I. Background**

Elwood was convicted of conspiracy to possess cocaine with

---

[1] In response to Elwood's Writ of Error Coram Nobis, the Government filed its Motion to Dismiss Petition for a Writ of Error Coram Nobis, which the Government set for hearing on February 24, 2010. Elwood filed a response (Doc. No. 1089) to the Government's Motion to Dismiss. Because all briefing has now been completed, the court rules at this time.

intent to distribute, murder and assault with a deadly weapon in aid of a racketeering enterprise, and two counts of using and carrying a firearm during a drug-trafficking offense. The United States Court of Appeals for the Fifth Circuit affirmed his convictions. *United States v. Tolliver*, 61 F.3d 1189, 1196 (5th Cir. 1995), *vacated and remanded on other grounds*, 516 U.S. 1105, 116 S.Ct. 900, 133 L.Ed.2d 834 (1996)(remanded in light of *Bailey v. United States*, 516 U.S. 137, 116 S.Ct. 501, 133 L.Ed.2d 472 (1995).

This court granted, in part, a subsequent 18 U.S.C. §2255 motion by Elwood, vacating the firearm convictions but denying Elwood's other claims. In August 2000, and again in September 2004, and yet again in March 2005, Elwood sought permission from the Fifth Circuit to file successive §2255 motions on various grounds. The Fifth Circuit denied all of Elwood's motions to file successive §2255 motions. (*See* Fifth Circuit Docket Nos. 00-31049, 04-30968, 05-30269).

Elwood remains in federal custody serving a life sentence. In his instant Writ of Error Coram Nobis, Elwood asserts claims based on double jeopardy and newly discovered evidence. Elwood previously raised his double jeopardy argument on direct appeal (*Tolliver*, 61 F.3d 1189, 1209-12)), and he previously raised his claim based on newly discovered evidence when he sought permission

2

to file a successive §2255 motion in 2004 (Fifth Circuit Docket No. 04-30968).

## II. Legal Analysis

The writ of error *coram nobis* is used to attack invalid convictions which have continuing consequences when the petitioner has served his sentence and is no longer in custody for purposes of 28 U.S.C. §2255. *United States v. Morgan*, 346 U.S. 502, 506-13, 74 S.Ct. 247, 98 L.Ed.2d 248 (1954); *Jiminez v. Trominiski*, 91 F.3d 767, 768 (5th Cir. 1996). Because Elwood is still in custody, he is not entitled to *coram nobis* relief as a matter of law. *United States v. Hatten*, 167 F.3d 884, 887 n. 6 (5th Cir. 1999).

Treating Elwood's Petition for Writ of Error Coram Nobis as a successive §2255 motion, the court dismisses the successive §2255 motion because Elwood failed to obtain authorization from the Fifth Circuit prior to filing it and this court lacks jurisdiction to entertain his present claims. 28 U.S.C. §2244(b)(3)(A); *United States v. Key*, 205 F.3d 773, 774 (5th Cir. 2000). The court notes that in his Petition for Writ of Coram Nobis (treated as a successive §2255 motion), Elwood asserts a double jeopardy claim which he unsuccessfully raised on direct appeal, and he also asserts a claim based on newly discovered evidence which he unsuccessfully raised in his first §2255 motion.

Accordingly;

**IT IS ORDERED** that the Government's **"Motion to Dismiss Petition for a Writ of Error Coram Nobis" (Doc. No. 1086)** be and is hereby **GRANTED;**

**IT IS FURTHER ORDERED** that the **"Writ of Error Coram Nobis" (Doc. No. 1073)** filed by Petitioner, Gerald A. Elwood, be and is hereby **DISMISSED;**

**IT IS FURTHER ORDERED** that Elwood's "Writ of Error Coram Nobis" treated as a successive §2255 motion be and is hereby **DISMISSED** for lack of jurisdiction.

**IT IS FURTHER ORDERED** that Petitioner's Request for Appointment of Counsel (contained within his instant pleadings) be and is hereby **DENIED.**

New Orleans, Louisiana, this **30th** day of **December, 2009**.

_____
A.J. McNAMARA
UNITED STATES DISTRICT JUDGE